**Order entered October 23, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01038-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**SATAURUS JOE JACKSON, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-80926-2012**

## ORDER

This case involves a State's appeal from the trial court's order granting appellee's motion to suppress. The trial court's docket sheet reflects that a hearing was conducted on appellee's motion to suppress on June 7, 2013 and that the trial court heard evidence on that date. The reporter's record of the suppression hearing, which was due September 10, 2013, has not yet been filed, nor has the Court had any correspondence from the court reporter regarding the status of that record.

Accordingly, the Court **ORDERS** Sheri Vecera, official court reporter of the 199th Judicial District Court, to file, within **THIRTY DAYS** of the date of this order, the complete reporter's record of the June 7, 2013 suppression hearing, including all exhibits that were admitted into evidence.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Sheri Vecera, official court reporter, 199th Judicial District Court; and to counsel for all parties.

/s/    LANA MYERS
         JUSTICE